[Nos. 33023-3-I; 37181-9-I.   Division One.   March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE ZEILER, *Appellant*.

*In the Matter of the Personal Restraint of* RICHARD W. ZEILER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02336-3, Patricia H. Aitken, J., entered July 7, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.

[No. 36938-5-I.   Division One.   March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL HERNANDEZ-FLOREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02468-4, JoAnne Alumbaugh, J., entered July 5, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36979-2-I.   Division One.   March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK W. SPRUEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03168-6, Marsha J. Pechman, J., entered June 26, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37173-8-I.   Division One.   March 3, 1997.]

NORTHWEST ADMINISTRATORS, INC., *Respondent*, v. WESTERN VAN LINES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-33544-8, Jim Bates, J., entered July 28, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster and Agid, JJ.